FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNA PAU-TAYLOR, individually and as Guardian Ad Litem for J.B., a minor,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. KALUZA, a single person, and FARMERS ELEVATOR OF KENSINGTON MN INC., a Minnesota corporation,<br><br>Defendants. | No.   2:21-cv-00222-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE THE CLAIMS OF J.B., A MINOR** |

Before the Court, without oral argument, is the parties' Stipulated Motion to Dismiss with Prejudice the Claims of J.B., a Minor, ECF No. 21. The parties agree to the dismissal of the claims brought by Plaintiff Shanna Pau-Taylor as Guardian Ad Litem for her minor son, J.B. Consistent with their agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

   **1.**   The parties' Stipulated Motion to Dismiss with Prejudice the Claims of J.B., a Minor, **ECF No. 21**, is **GRANTED**.

   **2.**   All claims brought by Plaintiff Shanna Pau-Taylor as Guardian Ad Litem for her minor son, J.B., are hereby **DISMISSED WITH**

**PREJUDICE** and without an award of costs or attorney fees to either party.

3. The claims brought by Shanna Pau-Taylor in her individual capacity remain pending.

4. The Clerk's Office is directed to **AMEND** the caption as follows:

SHANNA PAU-TAYLOR,

Plaintiff,

v.

SCOTT A. KALUZA, a single person; FARMERS ELEVATOR OF KENSINGTON, MN, INC., a Minnesota corporation,

Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of February 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge