FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNA PAU-TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT A. KALUZA, a single person; FARMERS ELEVATOR OF KENSINGTON, MN, Inc., a Minnesota corporation, <br><br> Defendants. | No.  2:21-cv-00222-SMJ <br><br> **ORDER DISMISSING CASE** |

On March 22, 2022, the parties filed a stipulated dismissal, ECF No. 23. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion to Dismiss, **ECF No. 23**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

//

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2